IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00149-PAB-MJW

SARA LABISHAK,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

### MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Withdraw Plaintiff's Motion to Alter and Amend Case Management Order (Docket No. 21) is GRANTED.  It is FURTHER ORDERED that Plaintiff's Motion to Alter and Amend Case Management Order (Docket No. 18) is DENIED AS MOOT.

Date: March 12, 2013